UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YASH RAJ FILMS (USA) SERVICES, INC. | Civil No. 01-5779 |
| vs. | Order of Reassignment |
| RANNADE CORPORATION | |

It is on this  4th  day of June, 2007,

O R D E R E D  that the entitled action is reassigned from

JUDGE JOHN C. LIFLAND to JUDGE FAITH S. HOCHBERG

_____S/Garrett E. Brown, Jr._____
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT